UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ANTOINE LAMONT WILLIAMS,  )
                          )
    Movant,               )
                          )
v.                        )     No. 4:12CV1905  HEA
                          )
UNITED STATES OF AMERICA, )
                          )
    Respondent.           )

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court *sua sponte*. On October 23, 2012, movant was ordered to file an amended motion to vacate on a Court-provided form [Doc. #2]. Thereafter, the Court extended the time for compliance to February 4, 2013 [Doc. #4]. To date, movant has failed to comply with the Court's Order. Because movant is proceeding pro se, and in light of the one-year statute of limitations relative to bringing a motion to vacate under 28 U.S.C. § 2255, the Court will grant movant one last opportunity to file an amended motion to vacate. If he fails to comply, the Court will dismiss this action without further notice to him.

Accordingly,

**IT IS HEREBY ORDERED** that movant shall be granted up to and including **March 18, 2013**, in which to file an amended motion to vacate on a Court-provided form.

**IT IS FURTHER ORDERED** that the Clerk shall mail to movant a copy of the Court's form for a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** that movant's failure to comply with this Order will result in the dismissal of this action.

Dated this 14th day of February, 2013.

                                                    _____
                                                    HENRY EDWARD AUTREY
                                                    UNITED STATES DISTRICT JUDGE